

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-21-00154-CV

**IN RE** Glenn H. **KOTHMANN**, and GHK Enterprises L.P., Relators

Original Proceeding[1]

**ORDER**

Relators' motion to dismiss is GRANTED. We DISMISS the petition for writ of mandamus for want of jurisdiction.

It is so **ORDERED** on June 2, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 9268 pending in the County Court, Frio County, Texas, the Honorable Arnulfo C. Luna presiding.